IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARRY ALAN ULLAND,

    Petitioner,

v.                                            Case No.  5:15cv111-MW/EMT

WARDEN R. COMERFORD,

    Respondent.

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 27, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 28.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "The amended petition for writ of habeas corpus, ECF No. 10, is **DENIED**.  A certificate of appealability is **DENIED**." The Clerk shall close the file.

SO ORDERED on May 17, 2016.

                                                s/Mark E. Walker
                                                **United States District Judge**